# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 13-CR-2023-LRR |
| vs. | |
| PATRELLE JOSE GREEN-BOWMAN, | **ORDER** |
| Defendant. | |

## ORDER MEMORIALIZING FINDING OF CIVIL CONTEMPT OF COURT

On December 30, 2013, having been brought to court under a writ to testify as a trial witness in the above-captioned case, Eric Webster was brought in to the courtroom, took the oath and then in front of the jury refused to testify on the grounds that he "didn't want to." Outside the presence of the jury, the court explored Webster's reason for refusing to testify and carefully cautioned him on the ramifications of refusing to testify for no good reason. After talking to him on the record on two additional occasions and affording him an independent attorney to review the penalties for failure to obey a court order to testify, the court ordered him to testify. Eric Webster persisted in stating his refusal to testify. The court found there was no good reason for Eric Webster's refusal to testify.

Accordingly, pursuant to 28 U.S.C. section 1826, the court found Eric Webster in civil contempt of court and ordered him to be held in the custody of the United States Marshal until he notified the United States Marshal to notify the Court that he was willing to testify or until the conclusion of the current proceedings, which ever first occurred.

**DATED** this 30th day of December, 2013.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA