IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRELLE JOSE GREEN-BOWMAN,<br><br>Defendant. | 13-CR-2023-LRR<br><br>**ORDER** |

On December 31, 2013, the court accepted the jury verdict finding Defendant Patrelle Jose Green-Bowman guilty on Counts 1 and 2 of the Indictment.

Accordingly, IT IS ORDERED as follows:

1. Defendant is adjudicated guilty of Counts 1 and 2 of the Indictment.

2. The United States Probation Office shall conduct a presentence investigation and prepare a report.

3. The attorneys shall timely comply with the deadlines for preparation of the presentence report.

4. Defendant to remain in custody pending sentencing.

**IT IS SO ORDERED.**

**DATED** this 2nd day of January, 2014.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA